UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICAELA OCHOA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANTA CLARA COUNTY OFFICE OF EDUCATION, et al.,<br><br>    Defendants. | Case No. 16-cv-03283-HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The parties having advised the Court that they have agreed to a settlement, which has been put on the record, the Court vacates the trial.

Further, **on or before March 20, 2018**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **March 27, 2018**, at **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **March 20, 2018**, advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: January 19, 2018

_____
Howard R. Lloyd
United States Magistrate Judge